■ GRACE SCIACCA, as Executor of FANNIE MANDEL, Deceased, Appellant, v JACK MANDEL et al., Defendants, and HILDA MUNZ, Respondent. [696 NYS2d 856] —In an action to foreclose a mortgage, the plaintiff appeals from a judgment of the Supreme Court, Kings County (G. Aronin, J.), entered October 1, 1998, which, upon submission by the parties of a stipulated statement of facts, is in favor of the defendant Hilda Munz and against her on a counterclaim to vacate the mortgage, and, *inter alia,* dismissed the complaint.

Ordered that the judgment is affirmed, with costs.

The Supreme Court properly found that the plaintiff failed to establish a prima facie case (*cf., Votta v Votta Enters.,* 249 AD2d 536; *Village Bank v Wild Oaks Holding,* 196 AD2d 812). Moreover, the evidence supports the finding that the mortgage was fraudulent (*see,* Debtor and Creditor Law §§ 273, 276; *see generally, Matter of Crane v Crane,* 202 AD2d 665; *Grumman Aerospace Corp. v Rice,* 199 AD2d 365; *AMEV Capital Corp. v Kirk,* 180 AD2d 775; *Lengares v B & A Warehousing,* 159 AD2d 692). Accordingly, the complaint was properly dismissed and the respondent was properly granted judgment on the counterclaim. S. Miller, J. P., O'Brien, Ritter and Florio, JJ., concur.